**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE PROTECT DEMOCRACY PROJECT, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 17-00779-TJK |
| ) | |
| U.S. DEPARTMENT OF ENERGY, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

The parties have reached a settlement in this matter. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through undersigned counsel, submit this Stipulation of Dismissal of this action.

Date: June 27, 2019

Respectfully submitted,

FOR PLAINTIFF:

*/s/ Lindsay C. Harrison*
Lindsay C. Harrison (DC Bar #977407)
Michael E. Stewart (DC Bar #144926)
JENNER & BLOCK LLP
1099 New York Avenue, NW Suite 900
Washington, DC 20001-4412
(202) 639-6865
Email: LHarrison@jenner.com
          MStewart@jenner.com

Ben Berwick (D.D.C. Bar No. MA0004)
THE PROTECT DEMOCRACY PROJECT
125 Walnut St., Suite 202
Watertown, MA 02472
(202) 599-0466
Email: ben.berwick@protectdemocracy.org

FOR DEFENDANT:

JOSEPH H. HUNT
Assistant Attorney General, Civil Division

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/ Dena M. Roth*
DENA M. ROTH (DC Bar # 1001184)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 11204
Washington, DC 20005
Tel: (202) 514-5108
Email: dena.m.roth@usdoj.gov